IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GERRARD D. JONES,

    Plaintiff,

v.                                                                4:18cv77–WS/CAS

EMANUEL LAWSON, et al.,

    Defendants.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 12) docketed May 21, 2018. The magistrate judge recommends that this action, filed in February of 2018, be dismissed as barred by res judicata. Plaintiff Jones has filed objections (doc. 13) to the report and recommendation.

Having considered the record in light of Plaintiff's objections, the court finds that the magistrate judge's report and recommendation must be adopted. As correctly noted by the magistrate judge, this court cannot alter a judgment entered by a different judge in a different case. In a prior case, Case No.

4:16cv263–MW/CAS, adjudicated by a different judge of this court, a judgment of involuntary dismissal was entered against Plaintiff in May of 2017. Plaintiff Jones did not file either an appeal of that judgment or a motion to set aside that judgment. As a result, the prior judgment of involuntary dismissal stands—a judgment that the undersigned cannot alter or ignore. *See Federated Dep't Stores, Inc. v. Moitie*, 452 U.S. 394, 398 (1981) (explaining that the res judicata consequences of a final, unappealed judgment on the merits are not altered by the fact that the judgment may have been wrong); *Ideker v. PPG Indus., Inc.*, 788 F.3d 849, 854 (8th Cir. 2015) ("[T]he fact that the judgment may have been wrong . . . does not alter the preclusive effect of a final, unappealed judgment on the merits." (internal quotation marks omitted)).

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 12) is ADOPTED and incorporated into this order by reference.

2. The plaintiff's amended complaint (doc. 6) and this action are both DISMISSED as barred by the doctrine of res judicata.

3. The clerk shall enter judgment stating: "All claims are DISMISSED."

DONE AND ORDERED this ___7th___ day of ___June___, 2018.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE